AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| GETTY IMAGES (US), INC., a New York corporation, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | 16-CV-80479- Middlebrooks/Brannon |
| v. | ) | |
| THOMAS A. COPULOS, D.D.S., P.A., a Florida professional association, | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  THOMAS A. COPULOS, D.D.S., P.A.
1000 NW 9TH COURT
STE 106
BOCA RATON, FL 33486

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael P. Woodbury, Esq.
WOODBURY, SANTIAGO & CORREOSO, P.A.! 9100 S. Dadeland Blvd., Suite 1702!
Miami, Florida 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 29, 2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ S.Reid
Deputy Clerk
U.S. District Courts